

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-19-00899-CV

**IN RE** Corey Michael **MANSOUR**

Original Mandamus Proceeding[1]

### ORDER

On January 10, 2020, relator filed a petition for writ of mandamus. We withdraw our opinion and order dated February 5, 2020. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 11, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-13803, styled *In the Interest of C.B.M. and C.M.M., Children*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.